1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA

10
11   CLINTON DOUGLAS KING,          ) Case No. CV 20-1766-RGK (JPR)
                                    )
12                  Petitioner,     )
                                    ) ORDER ACCEPTING FINDINGS AND
13            v.                    ) RECOMMENDATIONS OF U.S.
                                    ) MAGISTRATE JUDGE
     DANIEL E. CUEVA, Acting        )
14   Warden,                        )
                                    )
15                  Respondent.     )

16        The Court has reviewed the Petition, records on file, and

17   Report and Recommendation of U.S. Magistrate Judge, which

18   recommends that the Petition be denied and this action be

19   dismissed.  On January 25, 2021, Petitioner filed objections to

20   the R. & R.; Respondent did not reply.

21        In his objections, Petitioner mostly simply repeats

22   arguments from his Petition and his opposition to the motion to

23   dismiss.  For instance, he asserts that his proposition claims

24   are cognizable on habeas review and not untimely because the

25   claims were "not presented in a prior application" and rely "on a

26   new rule of constitutional law."  (Objs. at 2.)  But as the

27   Magistrate Judge noted, these claims are not cognizable on

28   federal habeas review because they concern state law only, and

that law's discretionary nature forecloses any procedural due
process argument.  (See R. & R. at 5-9, 10.)

Petitioner also objects to the Magistrate Judge's finding
that his three-strikes-sentence claim was improperly successive.
(Objs. at 3.)  He argues that the claim is not successive "due to
the judgment challenged," citing Magwood v. Patterson, 561 U.S.
320 (2010).  (Objs. at 3.)  Magwood held that a habeas
petitioner's challenge to his second death sentence was not
improperly successive because an intervening judgment had been
entered on resentencing.  561 U.S. at 341-42.  As the Magistrate
Judge noted (R. & R. at 14), there has been no intervening
judgment here.  Therefore, unlike the petitioner in Magwood,
Petitioner is attempting to challenge his original judgment in an
improperly successive petition.  See Cole v. Sullivan, 480 F.
Supp. 3d 1089, __, 2020 WL 4905528, at *5 (C.D. Cal. Aug. 19,
2020).

Having reviewed de novo those portions of the R. & R. to
which Petitioner objects, the Court agrees with and accepts the
findings and recommendations of the Magistrate Judge.  IT
THEREFORE IS ORDERED that judgment be entered denying the
Petition and dismissing this action with prejudice except for
Petitioner's three-strikes claim, which is dismissed without
prejudice.

DATED: February 16, 2021

_____
R. GARY KLAUSNER
U.S. DISTRICT JUDGE

2