JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON DOUGLAS KING, | Case No. CV 20-1766-RGK (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| DANIEL E. CUEVA, Acting Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice except for Petitioner's three-strikes claim, which is dismissed without prejudice.

DATED: February 16, 2021

*[signature]*

R. GARY KLAUSNER
U.S. DISTRICT JUDGE